ISABEL ADLE, as Administratrix, etc., Respondent, v. FULTON LIGHT, HEAT AND POWER COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

IDA M. McCLUSKEY, Respondent, v. JOHN E. WILLIAMS and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

WILLIAM H. GREIS and Others, Appellants, v. CITY OF SYRACUSE, Respondent.— Judgment affirmed, with costs. All concurred.

COLUMBIA TRUST COMPANY, as Trustee, Respondent, v. RETSOF MINING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

DELLA NUTE, as Executrix, etc., Respondent, v. SHAUGHNESSY CONSTRUCTION COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. All concurred.

AMELIA HORNBURG, Respondent, v. WILLIAM HORNBURG, Appellant. — Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by October thirteenth and be ready to argue appeal on October seventeenth.

WILLIAM E. KLING, Respondent, v. GOTTLIEB H. TOBIAS, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and pay to respondent's attorney ten dollars by October seventeenth and be ready to argue the appeal on October nineteenth.

RALPH E. CRELLIN, Respondent, v. MORRIS ALTMAN, Appellant.— Motion granted and appeal dismissed, with costs.

In the Matter of the Estate of BENJAMIN F. DECKER, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

JOHN J. CONNORS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant file and serve printed brief and pay to respondent's attorney ten dollars by October eleventh and be ready to argue appeal on October seventeenth.

In the Matter of the Intermediate Settlement of the Accounts of HENRY J. KIMBALL, as Administrator, etc., of EVAN WILLIAMS, Deceased, Appellant. WILLIAM L. WILLIAMS and Others, Appellants; MATILDA A. MacARTHUR and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements to respondents, payable out of the estate. All concurred.

EDWIN C. SMITH and Another, Respondents, v. PURE STRAIN FARM COMPANY, Appellant, Impleaded with FREDERICK A. BROTSCH, JR., and Others.— Order affirmed with ten dollars costs and disbursements. Held, appellant was guilty of such laches in not applying to be made a party until the case was on the day calendar and about to be tried as justified the conditions imposed by the order. All concurred.

EDWIN C. SMITH and Another, Respondents, v. FREDERICK A. BROTSCH, JR., and CLARIBEL BERGENER BROTSCH, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

EDWIN C. SMITH and Another, Respondents, v. FREDERICK A. BROTSCH, JR., and CLARIBEL BERGENER BROTSCH, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.